JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA GDOWSKI, an individual | Case No.: 2:18-cv-10596-AB-SK |
| Plaintiff, | **[PROPOSED] JUDGMENT** |
| v | |
| STATE FARM GENERAL INSURANCE COMPANY, and Does 1 through 50, inclusive. | |
| Defendants. | |

///

This action came on for hearing before the Court, on August 30, 2019, Hon. Andre Birotte Jr. District Judge Presiding, on Plaintiff Diana Gdowski's Motion for Partial Summary Judgment re: Breach of Duty to Defend and Defendant State Farm General Insurance Company's Request for Partial Summary Judgment in favor of State Farm and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff's Motion for Partial Summary Judgment re: Breach of Duty to Defend is DENIED and that Summary Judgment in favor of State Farm General Insurance Company is GRANTED and that Plaintiff take nothing, the action be dismissed on the merits and that Defendant State Farm General Insurance Company recover its costs, and that **JUDGMENT IS HEREBY ENTERED** in favor of Defendant State Farm General Insurance Company.

DATED: October 01, 2019

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT
COURT JUDGE